IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Rev. Jarmal Jabbar Sanders, _____

Plaintiff(s),

v.

John H. Merrill _____

Defendant(s).

CIVIL ACTION NO. 2:22-cv-334-MHT-JTA

JURY DEMAND (MARK ONE)

☒ YES   ☐ NO

## COMPLAINT

1. Plaintiff(s)' address and telephone number: Rev. Jarmal Jabbar Sanders, M.D. 225 Alabama Ave Selma, Al 36701 Phone (334) 349-5746

2. Name and address of defendant(s): John H. Merrill 600 Dexter Avenue S-105 Montgomery, Al 36130

3. Place of alleged violation of civil rights: 600 Dexter Ave, Montgomery, AL 36130

4. Date of alleged violation of civil rights: 14th Amendment Due Process Violation May 31, 2022

5. State the facts on which you base your allegation that your constitutional rights have been violated: John Merrill is the Chief election offical of the State of Alabama, and has full knowledge of the laws and rules that govern elections including the Fed and State Covid relief laws. These law covered the actions regarding independent candidate's for public office. I am an independent candidate for Alabama State House of Representative s[e]at and made an effort to get the required number of signatures to obtain ballot access under pre-pandemic requirements but was unable to do so because of the pandemic

But under the Covid-19 Relief laws I am not required to get the number of signatures ~~for~~ required for ballot access by the pre-pandemic standard I turn in the number of signatures that I had but I was denied ballot access for this office using the pre-pandemic formula set by Merrill and this act violated my 14th amendment rights of due process.

6. Relief requested: To be placed on the ballot for the general election for 2022

Date: 6·3·2022    Rev. Jacmal J. Sanders, M.D.
                  Rev. [signature] M.D.
                  Plaintiff(s) Signature

2