Ex. 1

Friday June 3, 2022

John H. Merrill

Alabama Secretary of State

600 Dexter Ave. S-105

Montgomery, Al 36130

Dear Mr. Secretary,

My name is Rev. Jarmal Jabbar Sanders. I am a candidate for Alabama State House of Representatives District 67.

I turn in my petition for ballot access for Alabama House of Representatives.

This letter is to inform you that the number of signatures for Alabama House of Representatives is not 516 under the federal and State of Alabama covid-19 relief laws.

Please place my name on the ballot for the general election for 11-8-2022

*Rev. Jarmal J. Sanders M.D.*

Rev. Jarmal Jabbar Sanders, M.D.