```
*********************
*** FAX TX REPORT ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| JOB NO. | 1248 |
| DESTINATION ADDRESS | 2422444 |
| SUBADDRESS | |
| DESTINATION ID | |
| ST. TIME | 06/03 13:27 |
| TX/RX TIME | 00'47 |
| PGS. | 1 |
| RESULT | OK |

Ex. 2

Friday June 3, 2022

John H. Merrill
Alabama Secretary of State
600 Dexter Ave. S-105
Montgomery, Al 36130

Dear Mr. Secretary,

My name is Rev. Jarmal Jabbar Sanders. I am a candidate for Alabama State House of Representatives District 67.

I turn in my petition for ballot access for Alabama House of Representatives.

This letter is to inform you that the number of signatures for Alabama House of Representatives is not 516 under the federal and State of Alabama covid-19 relief laws.

Please place my name on the ballot for the general election for 11-8-2022

Rev. Jarmal Jabbar Sanders, M.D.