ALABAMA STATE CAPITOL
600 DEXTER AVENUE
SUITE S-105
MONTGOMERY, AL 36130



(334) 242-7200
FAX (334) 242-4993
WWW.SOS.ALABAMA.GOV
JOHN.MERRILL@SOS.ALABAMA.GOV

## JOHN H. MERRILL
### SECRETARY OF STATE

May 31, 2022

Mr. Jarmal Jabbar Sanders
Candidate, AL State House District 67
P.O. Box 2292
Selma, AL 36702

$Ex \quad 3$

Dear Mr. Sanders,

The Elections Division staff has reviewed the signatures on your petition for ballot access for Alabama House of Representatives, District 67.

To be certified as an independent candidate by the Alabama Secretary of State for the general election, Code of Alabama 1975, section 17-9-3 (a) (3), requires that the candidate must file a petition containing signatures equaling or exceeding at least three percent of the qualified electors who cast ballots for the Office of Governor in the last general election in the county, district, or other political subdivision for which the minor party is seeking ballot access.

The required amount of valid petition signatures for Alabama House of Representatives, District 67 is 516 signatures. This letter informs you that you failed to provide sufficient signatures to obtain ballot access for the 2022 General Election.

Sincerely,

John H. Merrill
Secretary of State

cc: Petition File