4/2/2019                                                                                      mail.com - FEC F2N Filing - Accepted



---

## FEC: F2N Filing - Accepted



**From:**     noreply-efiling@fec.gov
**To:**       sandersjarmal@mail.com
**Date:**     Mar 27, 2019 2:20:08 PM

---


**Federal Election Commission**
UNITED STATES — o f — AMERICA

## FEC electronic filing results

Your filing was received and accepted by our system on 03/27/2019
03:20:00 PM, and was assigned the Filing ID: FEC-1321363

| | |
|---|---|
| **Candidate ID:** | P00011064 |
| **Candidate name:** | Rev. Sanders, Jarmal |
| **Form type:** | F2N (New Report) |
| **Schedule:** | |
| **From/through:** | - |
| **Filing software/version:** | FEC Webforms/8.3.0.0 |

Review your validation warnings:

https://efoservices.fec.gov/webcheck/services/results/DXUC19032787366

If you are receiving this email in error or have any questions, please contact the
FEC Electronic Filing Office toll-free at (800) 424-9530 ext. 1307 or locally at (202)
694-1307.

---

Online webforms | Reset password | Download FECFile

FEC.gov | Electronic filing overview | Privacy Policy