IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Rev. Jarmal Jabbar Sanders

Plaintiff(s)

v.   2:22-cv-334-MHT-JTA

John H. Merrill

Defendant(s)

## MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiff(s) Rev. Jarmal Jabbars Sanders moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

Rev. Jarmal J. Sanders
Plaintiff(s) signature