IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
REV. JARMAL JABBAR         )
SANDERS, M.D.,             )
                           )
    Plaintiff,             )
                           )      CIVIL ACTION NO.
    v.                     )       2:22cv334-MHT
                           )
JOHN H. MERRILL,           )
                           )
    Defendant.             )
```

ORDER

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C. § 636, this case is referred to the United States Magistrate Judge for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 7th day of June, 2022.

             /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE