IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

2022 JUN 10 P 3:31

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

REV. JARMAL JABBAR SANDERS, M.D.   case number: 2:22-cv-00334-MHT-JTA

(PLAINTIFF)

VS.

JOHN H. MERRILL

ALABAMA SECRETARY OF STATE

(DEFENDANT)

## MOTION TO BE PLACED ON THE COURT'S CALENDAR

(PLAINTIFF) REV. JARMAL JABBAR SANDERS, M.D., MOVES THIS HONORABLE COURT
FOR AN ORDER TO place Him on the court's calendar to be heard on the appointment of
council matter IN THIS LEGAL CASE and for grounds

Therefor submits the attached sworn affidavit in support the motion.

REV. Jarmal Jabbar Sanders, M.D.