IN THE UNITED STATES FEDERAL COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

REV. JARMAL JABBAR SANDERS, M.D.

(PLAINTIFF)

VS

JOHN H. MERRILL

ALABAMA SECRETARY OF STATE

(DEFENDANT)

Case No. 2:22-cv-00334-MHT-JTA

## MOTION FOR APPOINTMENT OF COUNCIL

(PLAINTIFF) REV. JARMAL JABBAR SANDERS, M.D., MOVES THIS HONORABLE COURT FOR AN ORDER TO APPOINT HIM LEGAL COUNCIL TO REPRESENT HIM IN RELATIONSHIP TO THIS LEGAL CASE ON ALL LEGAL MATTERS AS IT RELATES TO THIS CASE.

*Rev. Jarmal J. Sanders M.D.*

REV. JARMAL J. SANDERS, M.D.