This is a Photo of Kim Jamal Hobar Sanders



PLAINTIFF'S EXHIBIT C-me