# IN THE UNITED STATES COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA

RECEIVED
2022 JUL 26  A 10: 56

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

REV. JARMAL JABBAR SANDERS, M.D

(PLAINTIFF)

CASE NUMBER

2:2022-
CV- 334

VS.

JOHN H. MERRILL

ALABAMA SECRETARY OF STATE

(DEFENDANT)

## NOTICE OF APPEAL

REV. JARMAL JABBAR SANDERS, M.D., PLAINTIFF / APPELLATE HEREBY FILLS A TIMELY NOTICE APPEAL TO APPEAL THIS CASE THE UNITED STATES COURT OF APPEALS FOR THE 11 CIRCUIT.

_Rev. Dr. Jamal J. Sanders, M.D._
REV. DR. JARMAL JABBAR SANDERS, M.D.

cc: Defendant

Rev. Jarmal Jabbar Sand
225 Alabama Ave
Selma, AL 3670

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**



7021 2720 0000 4904 6314

**RETURN RECEIPT REQUESTED**





U.S. POSTAGE PAID
FCM LETTER
SELMA, AL
JUL 25, 22
AMOUNT
$7.25
R2304M110619-21

36104

U.S. Court House
15 Lee Street
Montgomery, AL 36104

36104-405699