IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| REV. JARMAL JABBAR SANDERS, M.D., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. ) 2:22cv334-MHT ) |
| JOHN H. MERRILL, | ) ) |
| Defendant. | ) |

### ORDER

As the pro se plaintiff appears to be appealing an order entered by the United States Magistrate Judge, it is ORDERED that plaintiff's "Notice of Appeal" (Doc. 9) is construed as an appeal to the United States District Judge of the Magistrate Judge's orders (Doc. 7 & Doc. 8).

DONE, this the 28th day of July, 2022.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**