IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2022 AUG 19 P 3:34

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

REV. JARMAL JABBAR SANDERS, M.D.    CASE NUMBER:

(PLAINTIFF)

VS.

JOHN H. MERRILL                     2:2022-cv-00334

(ALABAMA SECRETARY OF STATE)

(DEFENDANT)

## MOTION FOR JUDGEMENT ON THIS CASE

REV. JARMAL JABBAR SANDERS, M.D., (PLAINTIFF) MOVES THIS HONORABLE COURT FOR A JUDGEMENT IN CONNECTION TO THIS CASE.   AS THE COURT IS AWARE, AT ISSUE IN THIS CASE IS THE FACT THAT THERE IS A STATE POLICY IN PLACE THAT REQURIES INDENPENDANT CANDIDATES TO HAVE A CERTAIN NUMBER OF SIGNITURES TO BE PLACED ON THE BALLOT AS A CANDIDATE.

THE NUMBER OF SIGNITURES NEEDED IN MY CASE AS A CANDIDATE IS 475 SIGNITURES.

THERE IS NO ISSUE WITH MY PLATFORM AS A CANDIDATE. (SEE EXHIBITS IN COURT RECORDS)

THERE IS NO ISSUE WITH MY APPEARANCE (SEE PHOTO OF ME. SEE EXHIBITS IN COURT RECORDS.)

THE ONLY ISSUE HERE IS COVID.

IT IS A FACT THAT I GOT SOME SIGNITURES DURING COVID BUT GOT SICK IN THE PROCEES OF TRYING TO GET THESE SIGNITURES AND I TURNED IN THE SIGNITURES THAT I HAD BUT I JUST DID NOT HAVE THE AMOUNT NEEDED THAT IS REQUIRED BY THE STATE TO BE ON THE BALLOT.

BUT UNDER THE FEDERAL COVID LAW THERE IS A PROVISION IN THE LAW THAT DISALLOWS

THE STATE TO IMPOSE THIS POLICY AND THIS POLICY VIOLATES FEDERAL LAW AND MY U.S. CONSTUTIONAL RIGHTS AS IT RELATES TO DUE PROCESS UNDER THE FIFTH AND FOURTEENTH AMENDMENTS.

UNDER THESE CIRCUMSTANCES, (PLAINTIFF) REV. JARMAL JABBAR SANDERS, M.D., MOVES THIS HONORABLE COURT FOR AN ORDER THE STATE OF ALABAMA TO BE PLACE HIM ON THE BALLOT AS AN INDEPENDENT CANDIDATE FOR ALABAMA HOUSE OF REPRESENTATIVES DISTRICT 67, FOR THE 2022 GENERAL ELECTION.

AND SUBMITS THE ATTACHED SWORN AFFIDAVIT IN SUPPORT OF THE MOTION.

*Rev. Jamal J. Sanders, M.D.*
REV. JARMAL JABBAR SANDERS, M.D.