IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
REV. JARMAL JABBAR           )
SANDERS, M.D.,               )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )     2:22cv334-MHT
                             )         (WO)
JOHN H. MERRILL,             )
                             )
    Defendant.               )
```

OPINION

Plaintiff, a pro se litigant, filed this lawsuit seeking to be placed on the 2022 general election ballot and relieved of a signature-collection requirement due to COVID-19. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice as moot and that a pending motion for judgment be denied as moot. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 21st day of February, 2023.

                                        /s/ Myron H. Thompson  
                                  **UNITED STATES DISTRICT JUDGE**